# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0732.  TYRONE WALKER v. THE STATE.**

Tyrone Walker was convicted of two counts of rape, four counts of aggravated child molestation, three counts of aggravated sodomy, and two counts of child molestation.  We affirmed his convictions on direct appeal.  *Walker v. State*, 322 Ga. App. 158, 159 (744 SE2d 349) (2013).  In 2018, Walker filed a motion to set aside void judgment, which the trial court denied.  Walker then filed this appeal.  We, however, lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal.  *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Walker is not authorized to collaterally attack his conviction in this manner, his appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Matherlee v. State*, 303 Ga. App. 765, 766 (694 SE2d 665) (2010).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/09/2019*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*